STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELISSE M. LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:          elisse_larouche@fd.org

Counsel for Defendant VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21–44 RS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| LINDA VAZQUEZ, | |
| Defendant. | |

     Linda Vazquez is currently scheduled for a status conference on March 2, 2021. Defense counsel faces several constraints during the COVID-19 pandemic that restrict her ability to timely and effectively investigate, review discovery, and consult with Ms. Vazquez.

     Therefore, the parties hereby stipulate that the March 2 hearing be vacated, and placed on calendar for a status conference on March 23, 2021 at 2:30 p.m.

     The parties further stipulate that the time be excluded from March 2, 2021 to March 23, 2021 for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate, and ask the Court to find, that the requested exclusion of time is in the

interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Respectfully Submitted,

March 1, 2021
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
ELISSE M. LAROUCHE
Assistant Federal Public Defender

March 1, 2021
Dated

DAVID L. ANDERSON
United States Attorney
Northern District of California

_____/S_____
CHRISTOPHER VIEIRA
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 1, 2021

RICHARD SEEBORG
Chief United States District Judge