GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE M. LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        elisse_larouche@fd.org

Counsel for Defendant VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>LINDA VAZQUEZ,<br><br>                Defendant. | Case No.: CR 21–44 RS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

Linda Vazquez is currently scheduled for a status conference on October 19, 2021. Defense counsel has been in trial, and requires additional time to confer with the government and meet with her client prior to the next status conference. Therefore, the parties hereby stipulate that the October 19, 2021 hearing be vacated, and placed on calendar for a status conference on November 9, 2021 at 2:30 p.m.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER
*VAZQUEZ*, CR 21–44 RS

IT IS SO STIPULATED.

                                                  Respectfully Submitted,

October 15, 2021         GEOFFREY A. HANSEN
Dated                     Acting Federal Public Defender
                             Northern District of California

                                                    /S
                             ELISSE M. LAROUCHE
                             Assistant Federal Public Defender

October 15, 2021         STEPHANIE M. HINDS
Dated                     Acting United States Attorney
                             Northern District of California

                                                    /S
                             CHRISTOPHER VIEIRA
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: 10/15/2021

                                                RICHARD SEEBORG
                                                Chief United States District Judge